FILED
OCT 31 2014
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

THomAs RAy III                          11265-088

_____                 _____

_____                 _____

(Enter above the full name of the plaintiff    (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).

                                        2:14-cv-27457

**VERSUS**                              CIVIL ACTION NO._____
                                        (Number to be assigned by Court)

MADonnA PuRsel Lusm-uniteD StAtes mARsHAl
DR Steven Wolf (meDicAl DiRector usms)
united StAtes MARsHAl's Service

_____

(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I.   **Previous Lawsuits**

     A.   Have you begun other lawsuits in state or federal court dealing with the same
          facts involved in this action or otherwise relating to your imprisonment?

          Yes ☒    ( No  X )
          

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1. Parties to this previous lawsuit:

       Plaintiffs: _____

       _____

       Defendants: _____

       _____

    2. Court (if federal court, name the district; if state court, name the county);

    _____

    3. Docket Number: _____

    4. Name of judge to whom case was assigned:

    _____

    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

    6. Approximate date of filing lawsuit: _____

    7. Approximate date of disposition: _____

II. Place of Present Confinement: United States Penitentiary - Allenwood

   A. Is there a prisoner grievance procedure in this institution?

   Yes X   No ___

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ___   No X

   C. If you answer is YES:

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer is NO, explain why not: Complaint DID NOT HAPPen AT USP-Allenwood

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff: Thomas Ray III (11265-088)
      Address: USP-Allenwood PO Box 3000 White Deer PA 17887

   B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: MADonnA Pursel

is employed as: United States MARSHAl

at 300 Virginia St East CHArleston WV 25301

D. Additional defendants: ②DR Steven Wolf
USMS meDical DiRector
③United States MARSHAl Service

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

See ATTAchments ① CCDC 2 PAges ② SCRJ 2 PAges ③ NNRJ 4 PAges ④ How I got Supra Public CATHeter 2 PAges ⑤ Cover sHeet 2 PAges

IV. Statement of Claim (continued):

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want 2 Be financially composited for the torture, mistreatment, Cruel and unusual Punsishment and lack of medical care I was forced 2 sustain while in the custody and care of the USMS and under there Direction

② Also want 2 Be Reimburs@ for hospital Bill from ST Mary's while in USM custody feb 5-2013

V.    Relief (continued)):

AND I WOULD like A PROPER AND Honest INVestigation 2 Be Done on what Happened 2 me (Someone Comes AND TAlks 2 me AND let me PRovide Them with facts AND PRoof)

VII.   Counsel

    A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

N/A

    B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____   No __X__

If so, state the name(s) and address(es) of each lawyer contacted:

If not, state your reasons: No I DID NOT Contact A lawyer About This But I Have Been Contacted By Several Attorneys wAnting 2 file This for me.

    C.   Have you previously had a lawyer representing you in a civil action in this court?

Yes _____   No __X__

If so, state the lawyer's name and address:

_____

_____

Signed this __Oct__ day of __11_____, 20__14__.

__JSR/Thomas Ray III_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10-1-14_____.
              (Date)

__JSR/Thomas Ray III__
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7